MINUTE ENTRY
DOUGLAS, M.J.
DECEMBER 18, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HELEN SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12482** |
| **PROGRESSIVE EXPRESS INS., COMPANY, ET AL** | **SECTION "L" (3)** |

    Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

                                                    _____
                                                    **DANA M. DOUGLAS**
                                                    **UNITED STATES MAGISTRATE JUDGE**

| |
|---|
| MJSTAR: 2:30 |